Tanya E. Moore, SBN 206683
K. Randolph Moore, SBN 106933
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
tanya@moorelawfirm.com

Attorneys for Plaintiff
ROBERT KALANI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI,<br><br>    Plaintiff,<br><br>    vs.<br><br>STARBUCKS CORPORATION, a Washington Corporation, dba STARBUCKS COFFEE; BRENTINA, LLC, a California Limited Liability Company,<br><br>    Defendants. | Case No.  5:13-cv-00734-LHK<br><br>**STIPULATION CONTINUING LAST DATE TO MEET AND CONFER and TO FILE A NOTICE OF NEED FOR MEDIATION UNDER GENERAL ORDER 56; [PROPOSED] ORDER** |

Plaintiff, Robert Kalani ("Plaintiff"), and Defendants, Starbucks Coffee Company (erroneously sued herein as Starbucks Corporation, a Washington Corporation), and Brentina, LLC, a California limited liability company (collectively "Defendants," and together with Plaintiff, "the Parties"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**, this matter arises under Title III of the Americans with Disabilities Act of 1990, wherein Plaintiff alleges he encountered barriers to his full and equal access to the subject property, and is therefore procedurally governed by this Court's General Order 56;

**WHEREAS**, the Parties conducted a joint site inspection of the subject property on June 4, 2013, and therefore pursuant to the Court Scheduling Order and General Order 56, the

STIPULATION CONTINUING LAST DATE TO MEET AND CONFER AND FILE NOTICE OF NEED FOR MEDIATION UNDER GENERAL ORDER 56; [PROPOSED] ORDER

1

1  Parties must meet and confer in person to discuss the barriers Plaintiff seeks to have removed
2  from the subject property by July 2, 2013;
3       **WHEREAS**, since June 6, 2013, Plaintiff sought to coordinate such a date with
4  Defendants, but it was not until June 17, 2013 that he received responses from Defendants;
5       **WHEREAS**, the first date the Parties are all able to participate in the in person meet
6  and confer is July 19, 2013, which date is after the last date by which they are currently
7  permitted to conduct the meet and confer;
8       **WHEREAS,** the last date to file a Notice of Need for Mediation should the Parties be
9  unable to reach an agreement is 45 days after the site inspection took place, which date is July
10 16, 2013, a date prior to the date the Parties propose to meet and confer;
11      **NOW, THEREFORE**, the Parties hereby stipulate and agree as follows:
12      1.    The in person meet and confer shall take place on July 19, 2013;
13      2.    If a complete settlement is not reached prior, Plaintiff shall file his Notice of
14 Need for Mediation on August 2, 2013.
15 **IT IS SO STIPULATED**.
16 Dated: June 18, 2013                      MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore,
Attorneys for Plaintiff, Robert Kalani

KRING & CHUNG, LLP

*/s/ Shane Singh*
Shane Singh
Attorneys for Defendant,
Starbucks Coffee Company

JEFFER MANGELS BUTLER & MITCHELL LLP

*/s/ Martin H. Orlick*
Martin H. Orlick
Attorneys for Defendant,
Brentina, LLC, a California limited liability Company

STIPULATION CONTINUING LAST DATE TO MEET AND CONFER AND FILE NOTICE OF NEED FOR MEDIATION UNDER GENERAL ORDER 56; [PROPOSED] ORDER

**ORDER**

The Parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the last date by which the Parties must meet and confer in person as required under this Court's Scheduling Order and General Order 56 is continued from July 2, 2013 to July 19, 2013.

**IT IS FURTHER ORDERED** that the last date by which Plaintiff must file a Notice of Need for Mediation is continued from July 16, 2013 to August 2, 2013.

**IT IS SO ORDERED**.

Dated: June 19, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

STIPULATION CONTINUING LAST DATE TO MEET AND CONFER AND FILE NOTICE OF NEED FOR MEDIATION UNDER GENERAL ORDER 56; [PROPOSED] ORDER

3