UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KALANI ) | Case No.: 13-CV-00734-LHK |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER RE: MOTION FOR LEAVE TO |
| STARBUCKS CORPORATION, a Washington ) | WITHDRAW AS COUNSEL |
| Corporation d/b/a STARBUCKS COFFEE; ) | |
| BRENTINA, LLC, a California Limited Liability ) | |
| Company ) | |
| ) | |
| Defendants. ) | |

The Court will consider Jeffer Mangels Butler & Mitchell's Motion for Leave to Withdraw as Counsel for Defendant Brentina, LLC, at the Case Management Conference set for January 29, 2014. A representative of Jeffer Mangels Butler & Mitchell and a representative of Brentina shall appear at the Case Management Conference.

**IT IS SO ORDERED.**

Dated: January 15, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge