| | |
|---|---|
| 1 | Shane Singh, Bar No. 202733 |
| | ssingh@kringandchung.com |
| 2 | KRING & CHUNG, LLP |
| | 2620 J Street, Suite 1 |
| 3 | Sacramento, CA 95816-4381 |
| | Telephone: (916) 266-9000 |
| 4 | Facsimile: (916) 266-9001 |
| 5 | Attorneys for Defendant |
| | STARBUCKS COFFEE COMPANY (erroneously |
| 6 | sued herein as STARBUCKS CORPORATION) |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT KALANI, | ) | Case No. CV-13-00734-LHK |
| | ) | |
| Plaintiff, | ) | **SUBSTITUTION OF ATTORNEY;** |
| vs. | ) | **ORDER** |
| | ) | |
| STARBUCKS CORPORATION, a | ) | Action Filed: February 19, 2013 |
| Washington Corporation, dba | ) | |
| STARBUCKS COFFEE; BRENTINA, | ) | Assigned for All Purposes To: |
| LLC, a California Limited Liability | ) | Magistrate Judge Lucy H. Koh |
| Company, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant STARBUCKS COFFEE COMPANY (erroneously sued herein as STARBUCKS CORPORATION) hereby substitutes Shane Singh of Lewis Brisbois Bisgaard & Smith LLP, 2850 Gateway Oaks Drive, Suite 450, Sacramento, California, Telephone Number (916) 564-5400, Facsimile Number (916) 564-5444 as their attorney of record in the above-entitled action instead of the law firm of Kring & Chung, LLP. This substitution may be signed in facsimile counter parts in order to avoid delay.

/ / /

/ / /

/ / /

F:\3628\0021\cf\SOA.docx

1  I have read this substitution of attorneys and consent to the foregoing substitution.

3  Dated: January 29, 2014

5  By: */s/ Katina Thornock (on file w/ counsel)*
6  Katina Thornock
   Representative of Defendant
7  STARBUCKS COFFEE
   COMPANY (erroneously sued
   herein as STARBUCKS
8  CORPORATION)

9  We agree to the above substitution.

10 Dated: January 30, 2014

   KRING & CHUNG, LLP

13 By: */s/ Kyle D. Kring (on file w/ counsel)*

   Attorneys for Defendant
14 STARBUCKS COFFEE
   COMPANY (erroneously sued
15 herein as STARBUCKS
   CORPORATION)

17 We accept the above substitution.

19 Dated: January 30, 2014

   LEWIS BRISBOIS BISGAARD & SMITH, LLP

22 By: */s/ Shane Singh, Esq.*
   Shane Singh

24  IT IS SO ORDERED.

25 Dated: 1/31/2014

   *Lucy H. Koh*

   Judge, United States District Court

2

F:\3628\0021\cf\SOA.docx

