DAVID G. FINKELSTEIN (SBN 047791)
IRENE Y. FUJII (SBN: 213086)
FINKELSTEIN BENDER & FUJII LLP
1528 So. El Camino Real, Suite 306
San Mateo, California 94402
650-353-4503 Telephone
650-312-1803 Facsimile

Attorney for Defendant
BRENTINA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT KALANI, | Case No.: CV-13-00734-LHK |
| Plaintiff, | |
| vs. | **SUBSTITUTION OF ATTORNEY; ORDER** |
| STARBUCKS CORPORATION, a Washington Corporation, dba STARBUCKS COFFEE; BRENTINA, LLC, a California Limited Liability Company, | Action Filed: February 19, 2013 |
| | Assigned for All Purposes to: Magistrate Judge Lucy H. Koh |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant BRENTINA, LLC hereby substitutes David G. Finkelstein and Irene Y. Fujii of Finkelstein Bender & Fujii LLP, 1528 South El Camino Real, Suite 306, San Mateo, California 94402, Telephone number 650-353-4503, Facsimile number 650-312-1803 as their attorney of record in the above-entitled action. This substitution may be signed in facsimile counterparts in order to avoid delay.

//

//

//

1    I have read this substitution of attorneys and consent to the foregoing substitution.

2    Dated: February 6, 2014      BRENTINA, LLC

3

4

                              By:    /s/ Sean Murphy
5                                      Its: Member

6

7    We agree to the above substitution.

8    Dated: February __, 2014      JEFFER MANGELS BUTLER & MITCHELL, LLP

9

10

11                              By:    Matthew S. Kenefick, Esq.
                                     Attorneys for Defendant BRENTINA, LLC
12

13    We accept the above substitution.

14    Dated: February __, 2014      FINKELSTEIN BENDER & FUJII LLP

15

16

                              By:    /s/ Irene Y. Fujii
17                                      Irene Y. Fujii
                                     David G. Finkelstein
18                                      Attorneys for Defendant BRENTINA, LLC

19

20    IT IS SO ORDERED:

21

22    Dated: _____

23                                      Judge, United States District Court

24

25

26

27

28

I have read this substitution of attorneys and consent to the foregoing substitution.

Dated: February ___, 2014          BRENTINA, LLC

By:    /s/ Sean Murphy
       Its: Member

We agree to the above substitution.

Dated: February 6, 2014            JEFFER MANGELS BUTLER & MITCHELL, LLP

By:    Matthew S. Kenefick, Esq.
       Attorneys for Defendant BRENTINA, LLC

We accept the above substitution.

Dated: February ___, 2014          FINKELSTEIN BENDER & FUJII LLP

By:    /s/ Irene Y. Fujii
       Irene Y. Fujii
       David G. Finkelstein
       Attorneys for Defendant BRENTINA, LLC

IT IS SO ORDERED:

Dated: 3/20/14                     _____
                                   Lucy H. Koh
                                   Judge, United States District Court

SUBSTITUTION OF ATTORNEY; ORDER
w:\clients\murphy-sean\murphy-sean1\pleading\00096894.doc