UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KALANI, | Case No.: 13-CV-00734-LHK |
| Plaintiff, | |
| v. | CASE MANAGEMENT ORDER |
| STARBUCKS CORPORATION, a Washington Corporation, and BRENTINA, LLC, a California Limited Liability Company, | |
| Defendants. | |

Plaintiff's Attorney: Tanya Moore
Defendant Starbucks' Attorney: Shane Singh
Defendant Brentina's Attorney: Mark Bender

A further case management conference is set for December 10, 2014, at 2 p.m.

The Defendants shall produce the renovation plans to Plaintiff by August 22, 2014.

Ms. Irene Fujii shall respond to Plaintiff's discovery requests by August 26, 2014.

The Parties shall file a stipulation by September 3, 2014, which notifies the Court of the mutually agreed upon deposition dates for the Plaintiff, Starbucks and/or the Starbuck's store manager, and Brentina.

The Plaintiff's site inspection shall occur by September 30, 2014.

The case schedule is amended as follows:

FACT DISCOVERY CUTOFF: October 3, 2014

EXPERT DISCOVERY:
    Opening Reports: October 17, 2014
    Rebuttal Reports: October 31, 2014

1

Case No.: 14-CV-01314-LHK
CASE MANAGEMENT ORDER

1    Close of Expert Discovery: November 21, 2014

2    DISPOSITIVE MOTIONS shall be filed by January 15, 2014, and set for hearing on February 26, 2015, at 1:30 p.m. The parties are limited to one dispositive motion per side in the entire case.

FINAL PRETRIAL CONFERENCE: May 27, 2015, at 1:30 p.m.

COURT TRIAL: June 19, 2015, at 9 a.m. Trial is expected to last 3 days.

**IT IS SO ORDERED.**

Dated: August 20, 2014

_____
LUCY H. KOH
United States District Judge