UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KALANI, | Case No.: 13-CV-00734-LHK |
| Plaintiff, | |
| v. | ORDER |
| STARBUCKS CORPORATION, a Washington Corporation d/b/a STARBUCKS COFFEE; BRENTINA, LLC, a California Limited Liability Company | |
| Defendants. | |

The office of Irene Fujii, counsel for Defendant Brentina, left a voicemail for Courtroom Deputy Martha Parker Brown requesting that the Court change its Case Management Order regarding Ms. Fujii's obligation to respond by August 26, 2014. This is an ex parte communication with the Court that is prohibited by Civil Local Rule 11-4(c). Any concerns regarding Ms. Fujii's obligation to respond to Plaintiff's discovery requests by August 26, 2014, as ordered in the Case Management Order issued on August 20, 2014, ECF No. 54, are substantive and therefore should be submitted in writing to the Court, with notice to the Plaintiff.

**IT IS SO ORDERED.**

Dated:   August 21, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-00734-LHK
ORDER