UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KALANI, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> STARBUCKS CORPORATION, a Washington ) <br> Corporation d/b/a STARBUCKS COFFEE; ) <br> BRENTINA, LLC, a California Limited Liability ) <br> Company ) <br> ) <br> Defendants. ) <br> ) | Case No.: 13-CV-00734-LHK <br><br> ORDER |

Defendant Brentina's request that the Case Management Order issued on August 20, 2014, ECF No. 54, be amended is DENIED. Ms. Fujii shall provide Plaintiff with discovery responses by August 26, 2014.

**IT IS SO ORDERED.**

Dated:   August 21, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-00734-LHK
ORDER