UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KALANI,<br><br>          Plaintiff,<br><br>     v.<br><br>STARBUCKS CORPORATION,<br><br>          Defendant. | Case No.: 13-CV-00734-LHK<br><br>**CASE MANAGEMENT ORDER** |

Plaintiff's Attorney: Tanya Moore
Defendant's Attorney: Shane Singh

    A case management conference was held on February 26, 2015.  A further case management conference is set for May 6, 2015, at 2:00 p.m.  The parties shall file their joint case management statement by April 29, 2015.

    The parties shall file a joint settlement status update by April 15, 2015.

    The parties are directed to review the Court's standing order with regards to civil bench trials and to comply with the corresponding pretrial conference deadlines.

    The Court amended the case schedule as follows:

FINAL PRETRIAL CONFERENCE: June 4, 2015, at 1:30 p.m.

COURT TRIAL: June 22, 2015 at 9:00 a.m. Trial is expected to last 2 days.

1

Case No.: 13-CV-00734-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: February 26, 2015

_Lucy H. Koh_
LUCY H. KOH
United States District Judge