UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KALANI,<br><br>        Plaintiff,<br><br>    v.<br><br>STARBUCKS CORPORATION,<br>        Defendant. | Case No. 13-cv-00734-LHK<br><br>**CASE MANAGEMENT ORDER**<br><br>Re: Dkt. No. 86 |

The Court CONTINUES the May 6, 2015 case management conference to the date of the pretrial conference, June 4, 2015, at 1:30 p.m.

The Court DENIES Defendant's request to continue the pretrial conference date. The Court refers the parties to the Court's standing order for civil bench trials.

The Court DENIES Defendant's request to submit a second round of summary judgment motions as to Plaintiff's remaining claim.

**IT IS SO ORDERED.**

Dated: May 1, 2015

                              *Lucy H. Koh*
                             LUCY H. KOH
                             United States District Judge