1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11
12

ROBERT KALANI,

Case No.:  13-cv-00734-LHK

13

          Plaintiff,

**PRETRIAL CONFERENCE ORDER**

14

     v.

15

STARBUCKS CORPORATION,

16

          Defendant.

17
18

Plaintiff's Attorney: Tanya Moore
Defendant's Attorney: Shane Singh

19
20

A pretrial conference was held on June 4, 2015. Trial is set for Thursday, June 25, 2015, at 9:30 a.m. Trial will conclude by 1:00pm.

21
22

The Court set the following time limits: 15 minutes per side for opening statements, 60 minutes per side for evidence, and 20 minutes per side for closing arguments.

23

Defendant shall submit a Word document version of its findings of fact and conclusions of law by June 5, 2015 to lhkcrd@cand.uscourts.gov.

24
25
26
27
28

1

Case No.: 13-cv-00734-LHK
PRETRIAL CONFERENCE ORDER

**IT IS SO ORDERED.**

Dated: June 4, 2015

_Lucy H. Koh_

LUCY H. KOH
United States District Judge

Case No.: 13-cv-00734-LHK
PRETRIAL CONFERENCE ORDER