UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KALANI, | Case No.13-CV-00734-LHK |
| Plaintiff, | **JUDGMENT** |
| v. | |
| STARBUCKS CORPORATION, | |
| Defendant. | |

On July 28, 2015, the Court entered Findings of Fact and Conclusions of Law in favor of Plaintiff following a bench trial on June 25, 2015. ECF No. 101. The Clerk of the Court shall therefore enter judgment in favor of Plaintiff.

The Clerk shall close the case file.

**IT IS SO ORDERED.**

Dated: July 28, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.13-CV-00734-LHK
JUDGMENT

1