UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT KALANI,<br><br>          Plaintiff,<br><br>     v.<br><br>STARBUCKS CORPORATION,<br><br>          Defendant. | Case No. 13-CV-00734-LHK<br><br>**ORDER ON MOTION FOR RELIEF FROM JUDGMENT**<br><br>Re: Dkt. No. 110 |

    Before the Court is Plaintiff Robert Kalani's ("Plaintiff") Motion for Relief From Judgment ("Motion"). ECF No. 110. On July 28, 2015, the Court entered a final Judgment in this matter in favor of Plaintiff and against Defendant Starbucks Corporation ("Defendant"). ECF No. 102. After Defendant's notice of appeal from the Judgment was filed and docketed, Plaintiff filed the instant Motion, which seeks to amend the Judgment to reflect the specific monetary and injunctive relief granted by the Court's February 25, 2015 Order Granting In Part and Denying In Part Plaintiff's Motion for Summary Judgment ("February 25, 2015 Order"), *see* ECF No. 82, at 22, and July 28, 2015 Findings of Fact and Conclusions of Law. ECF No. 101, at 18–19. Defendant opposed the Motion, ECF No. 113, and Plaintiff filed a Reply. ECF No. 114.

    On January 29, 2016, the Court entered an Order Issuing Indicative Ruling on Motion for

United States District Court
Northern District of California

Relief From Judgment Under Rule 60(a) ("Indicative Ruling Order").  ECF No. 123.  The Court held that it could not correct the Judgment while a docketed appeal was pending, but that it would likely grant Plaintiff's Motion and amend the Judgment to include the specific relief provided by the Court's February 25, 2015 Order and July 28, 2015 Findings of Fact and Conclusions of Law if the case were remanded by the Court of Appeals.  Indicative Ruling Order, at 4–5.  The Court also explained the specific form of amended judgment that it would enter on remand.  *Id.*, at 8.

On February 16, 2016, after receiving notice of this Court's Indicative Ruling Order, the Court of Appeals remanded this case "for the limited purpose of the district court issuing an order on the plaintiff's motion for relief from judgment."  *See Kalani v. Starbucks Coffee Co.*, No. 15-16710, ECF No. 15, at 1 (9th Cir. Feb. 16, 2016).

Having considered the parties' papers, the applicable law, and the record in this case, for the reasons set forth in the Court's Indicative Ruling Order, Plaintiff's Motion is **GRANTED.** The Court will enter an Amended Judgment as set forth in the Indicative Ruling Order.

**IT IS SO ORDERED.**

Dated: February 16, 2016

_____
LUCY H. KOH
United States District Judge

2
Case No. 13-CV-00734-LHK
ORDER ON MOTION FOR RELIEF FROM JUDGMENT